**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

FILED

JAMES J WALDRON, CLERK

MAR 05 2007

U.S. BANKRUPTCY COURT
NEWARK
BY _____ DEPUTY

-----------------------------------------------------------X
                         :

In re Ephedra Product Liability Litigation    :        MDL No. 1598

                         :

-----------------------------------------------------------:X


## NOTICE OF TAG-ALONG ACTIONS


### TAG-ALONG ACTIONS

N.V.E., Inc., by its attorneys, Murnane Brandt, pursuant to J.P.M.L., Rules 7.2(i) and 7.5(e), hereby notifies the Clerk of the Panel of the following "tag-along actions" in which it is also named. The following cases were not previously identified or ordered transferred:

Northern District of Illinois, Eastern Division

    1.    *Patrice M. Pugh and Kevin Pugh v. N.V.E. Pharmaceuticals, Inc., et al*
            Case Number:  1:05-CV-07173

District of New Jersey

    2.    *Mark Scott Feltmeyer v. N.V.E., Inc., et al*
            Case Number:  2:05-CV-01687

Western District of Virginia

    3.    *Spyros K. Theodorides v. N.V.E. Pharmaceuticals, Inc., et al*
            Case Number:  6:05-CV-0020

U.S. Bankruptcy Court, District of New Jersey, Newark

    4.    *Nicole Shaw v. NVE, Inc., et al*
            Case Number:  06-02533

Dated this 27th day of February, 2007.

**MURNANE BRANDT**
Professional Association

Steven J. Kirsch, MN I.D. #56121
Attorneys for N.V.E., Inc.
30 East 7th Street, Suite 3200
St. Paul, Minnesota 55101
651-227-9411
651-223-5199 (Fax)

Doc. Num. 739494

## AFFIDAVIT OF SERVICE
## BY U.S. MAIL

Mary J. Buse, being first duly sworn, deposes and states that on the 27th day of February 27, 2007, she served the attached Notice of Tag-Along Actions and Previously Identified Actions Not Yet Transferred:

United States Bankruptcy Court
Clerk of Court
District of New Jersey
PO Box 1352
Newark, New Jersey 07102

United States District Court
Clerk of Court – Northern District of Illinois
Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

United States District Court
Clerk of Court
Western District of Virginia
1101 Court Street
Suite A66
Lynchburg, Virginia 24504

Clerk of U.S. District Court
District of New Jersey
402 East State Street
Room 2020
Trenton, New Jersey 08608

Michael P. Cascino
Vaughan Cascino Law Offices, Ltd.
220 South Ashland Avenue
Chicago, Illinois 60607

William E. Norris
Burns Lebrocq Wolf & Associates
485 Route 1 South
Building A, Suite 350
Iselin, New Jersey 08830

Nizam Arain
Victoria Dizik Teremenko
Kenneth B. Moll & Associates, LTD
Three First National Plaza, 50th Floor
Chicago, Illinois 60602

Charles H. Smith, III
Gentry Locke Rakes & Moore, LLP
800 Sun Trust Plaza, PO Box 40013
Roanoke, Virginia 24022 0013

Leonard P. Cervantes
Michael J. McDonnell
Cervantes & Associates
1007 Olive Street, 4th Floor
St. Louis, Missouri 63101

Randall J. Trost
Randall J. Trost, P.C.
2099 Langhorne Road
Lynchburg, Virginia 24501

Dale Davis
Davis Lewis & Associates
111 South Glenstone, Suite 2-200
Springfield, Missouri 65808

Stephen A. D'Aunoy
Brown & James PC
1010 Market Street, 20th Floor
St. Louis, Missouri 63101

Rex Littrell, Esq.
Carl A. Anthony, Esq.
Joseph P. Thomas, Esq.
Shannon J. Cook, Esq.
Ulmer & Berne, LLP
88 East Broad Street, Suite 1600
Columbus, Ohio 43215 3506

By depositing a true and correct copy thereof in the United States Mail with postage prepaid thereon.

_____
Mary J. Buse

Subscribed and sworn to before me this 27th day of February, 2007.

_____
Notary Public

Doc. Num. 739501



MARTHA J. SCHMIDT
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2009

2