Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re: N.V.E., Inc.
Debtor

Case No.: 05−35692−NLW
Chapter 11

Nicole Shaw
Plaintiff

v.

NVE, Inc.
Defendant

Adv. Proc. No. 06−02533−NLW         Judge: Novalyn L. Winfield

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 18, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 3
Conditional Transfer Order Transferring Case to the United States District Court for the Southern District of New York and assigned to Judge Jed S. Rakoff. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant. Signed on 4/10/2007 (Attachments: # (1) Letter regarding the Trustee) (djv, )

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 18, 2007
JJW: djv

James J. Waldron
Clerk