Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re: N.V.E., Inc.
Debtor

Case No.: 05−35692−NLW
Chapter 11

Nicole Shaw
Plaintiff

v.

NVE, Inc.
Defendant

Adv. Proc. No. 06−02533−NLW          Judge: Novalyn L. Winfield

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 18, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 3
Conditional Transfer Order Transferring Case to the United States District Court for the Southern District of New York and assigned to Judge Jed S. Rakoff. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant. Signed on 4/10/2007 (Attachments: # (1) Letter regarding the Trustee) (djv, )

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 18, 2007
JJW: djv

James J. Waldron
Clerk

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-2          User: dvanpelt          Page 1 of 1              Date Rcvd: Apr 18, 2007
Case: 06-02533                Form ID: orderntc       Total Served: 1

The following entities were served by first class mail on Apr 20, 2007.
aty          +Leonard P. Cervantes,   Cervantes & Associates,   1007 Olive Street,   4th Floor,
              St. Louis, MO 63101-2008
The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           CB Distributors, Inc.
dft           Jim Stricklin
dft           NVE, Inc.
                                                                               TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2007**                  **Signature:** _Joseph Speetjens_