A CERTIFIED TRUE COPY

APR - 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

07 CV 2865

JUDGE RAKOFF

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 21 2007

FILED
CLERK'S OFFICE

**DOCKET NO. 1598**

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

FLD
5/10/14
4/10/07

*Mark Scott Feltmeyer v. NVE, Inc., et al.*, D. New Jersey, C.A. No. 2:05-1687
*Nicole Shaw v. NVE, Inc., et al.*, D. New Jersey, Bky. Advy. No. 2:06-2533
*Spyros K. Theodorides v. NVE Pharmaceuticals, Inc., et al.*, W.D. Virginia, C.A. No. 6:05-20

### CONDITIONAL TRANSFER ORDER (CTO-48)

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1373 (J.P.M.L. 2004). Since that time, 663 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,          . CLERK

BY
DEPUTY CLERK

**INVOLVED COUNSEL LIST (CTO-48)**
**DOCKET NO. 1598**
**IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION**

Lisa R. King Ackley
Walsworth, Franklin, Bevins & McCall
One City Blvd. West, 5th Floor
Orange, CA 92868-3677

Robert R. Barnes
Allen, Matkins, Leck, Gamble & Mallory, LLP
501 West Broadway
15th Floor
San Diego, CA 92101

Leonard P. Cervantes
Cervantes & Associates
1007 Olive Street
Fourth Floor
St. Louis, MO 63101

Rex Allen Littrell
Ulmer & Berne, LLP
88 East Broad Street
Suite 1600
Columbus, OH 43215

David J. Molton
Brown, Rudnick, Berlack & Israels, LLP
Seven Times Square
New York, NY 10036

William E. Norris
Burns & Associates
480 Route 1 South
Building A, Suite 350
Iselin, NJ 08830

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

Charles H. Smith III
Gentry, Locke, Rakes & Moore
Sun Trust Plaza, 10 Franklin Road, SE
Suite 800, P. O. Box 40013
Roanoke, VA 24022-0013

R. Gaylord Smith
Lewis Brisbois Bisgaard & Smith, LLP
550 West C Street
Suite 800
San Diego, CA 92101-3531

Stephen R. Stern
Hoffinger, Stern & Ross
150 East 58th Street
19th Floor
New York, NY 10155

Diane P. Sullivan
Dechert LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

Joseph P. Thomas
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202-2409

Randall John Trost
2099 Langhorne Road
Lynchburg, VA 24501

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0312-2          User: dvanpelt         Page 1 of 1              Date Rcvd: Apr 18, 2007
Case: 06-02533               Form ID: pdf903         Total Served: 1


The following entities were served by first class mail on Apr 20, 2007.
aty          +Leonard P. Cervantes,   Cervantes & Associates,   1007 Olive Street,   4th Floor,
               St. Louis, MO 63101-2008

The following entities were served by electronic transmission.
NONE.                                                                           TOTAL: 0


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          CB Distributors, Inc.
dft          Jim Stricklin
dft          NVE, Inc.
                                                                                TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2007**          **Signature:** _Joseph Speetjens_