UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          DOCKET NO. 04 M.D. 1598 (JSR)

================================ x
                                 :
IN RE EPHEDRA PRODUCTS           :
LIABILITY LITIGATION             x
                                 :
================================ :
                                 :
NICOLE SHAW,                     :
                                 :
     Plaintiff,                  :
                                 :
v.                               :
                                 :
NVE INC., et al.                 :
                                 :
     Defendants.                 :
================================ x

PERTAINS TO DOCKET NO. 1:07-cv-2865 (JSR)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-07
```

### STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to this Court's Case Management Order No. 2, Plaintiff Nicole Shaw, and Defendants NVE Inc., NVE Pharmaceuticals, Inc. ("NVE, Inc."), by and through counsel, being in agreement, hereby advise the Court that Plaintiff's Complaint against all Defendants, including Jim Stricklin d/b/a Stricklin C Store, Romine Distributing, Inc. and CB Distributors, Inc., should be dismissed, with prejudice, each party to bear its own costs.

Based upon the agreement of the parties as set forth above;

IT IS ORDERED that Plaintiff's Complaint against all Defendants, be, and the same is hereby, DISMISSED, with prejudice, each party to bear its own costs.

SO ORDERED this 11th day of December, 2007.

_____
JED S. RAKOFF
JUDGE, UNITED STATES DISTRICT COURT

SO STIPULATED:

_____
Leonard P. Cervantes
Michael J. McDonnell
Cervantes & Associates
1007 Olive Street, Fourth Floor
St. Louis, MO 63101
Tel: (314) 621-6558

*Attorneys for Plaintiff*

_____
Steven Kirsch, Esq.
Murnane Brandt
30 East 7th Street, Suite 3200
St. Paul, Minnesota 55101
Tel: (651) 227-9411
Fax: (651) 223-5199
E-mail: skirsch@murnane.com

*Attorneys for Defendant NVE, Inc.*

___SEE ATTACHED_____
Stephen A. D'Aunoy
Braun & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101
Tel: (314) 242-5326

*Attorneys for Defendant CB Distributors, Inc.*

___SEE ATTACHED_____
Dale L. Davis
Davis, Lewis & Associates
1111 South Genstone
Springfield, MO 65804
Tel: (417) 836-0100

*Attorneys for Ravenwood, Inc. d/b/a Stricklin C Store; Jim Stricklin*

_____
Stephen A. D'Aunoy
Braun & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101
Tel: (314) 242-5326

*Attorneys for Defendant CB Distributors, Inc.*

_____
Dale L. Davis
Davis, Lewis & Associates
1111 South Genstone
Springfield, MO 65804
Tel: (417) 836-0100

*Attorneys for Ravenwood, Inc. d/b/a Stricklin C Store; Jim Stricklin*