UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
In re: EPHEDRA PRODUCTS LIABILITY        :    04 M.D. 1598 (JSR)
LITIGATION                               :
                                         :    ORDER OF PAYMENT
                                         :
-----------------------------------------X
PERTAINS TO ALL CASES

     JED S. RAKOFF, U.S.D.J.

     In Case Management Order No. 46 ¶ 8, upon the motion of

Plaintiffs Coordinating Counsel ("PCC"), the Court approved the

payment of $222,192.38 from the Ephedra Plaintiffs' Common

Expense Fund held by the Clerk pursuant to Case Management Order

No. 7 ¶ 2(a) to reimburse certain fees earned and expenses

incurred in 2008 by members of the PCC's subcommittee charged

with gathering, auditing and submitting the hours and

expenditures of 18 law firms who performed work for the common

benefit of all plaintiffs.  NOW, THEREFORE, the Clerk is hereby

directed to issue a check for $222,192.38 to the order of Brown,

Rudnick, Berlack & Israels, LLP ("the Firm") and hand it over to

a person sent for it by the Firm in exchange for a receipt on the

Firm's letterhead identifying the check by amount and payee and

signed and dated by the person receiving the check.  The Clerk

shall preserve the receipt in the files of the Fund.  The Firm

shall then distribute the funds in accordance with Exhibit 05 to

the PCC's Memorandum In Support Of Second Supplemental

1


SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08

Application For Reimbursement Of Fees And Expenses Of Common

Benefit Subcommittee filed on April 3, 2008.

    SO ORDERED.

                                        JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
      May 27, 2008